UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

ALFRED RAMIREZ, deceased,

        Defendant.
---------------------------------------------------------------;X

16 Cr00009 **(KMK)**

**SATISFACTION OF JUDGMENT**

On March 1, 2016, Rady and Elizabeth Landrito confessed judgment to the United States in the sum of $200,000 as surety in this matter, then pending in the United States District Court for the Southern District of New York. Said judgment of confession was filed in the Supreme Court, County of Queens in *United States of America vs. Rady Landrito and Elizabeth Landrito*, 2648/2016, and recorded by the Clerk of the Supreme Court, County of Queens as a judgment against the Landritos.

Thereafter and pre-trial, Dr. Ramirez died and this matter was closed as a matter of law.

WHEREFORE, upon consent of all parties, the confession of judgment filed with the Clerk of Supreme Court of the Couny of Queens on March 4, 2016 is hereby deemed and declared satisfied. Counsel for the Landritos may file a copy of this Satisfaction of Judgment with the Clerk of Court, Supreme Court, County of Queens.

SO ORDERED

                                      HONORABLE KENNETH M. KARAS
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF NEW YORK

                                      2/27/20